# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

MOHAMED ADAM TAIRAB,

    Petitioner,

v.                                           Civ. No. 26-cv-0450-JB-KRS

WARDEN, Otero County Processing Center, *et al*,

    Respondents,

## ORDER TO ANSWER

This matter is before the Court on Petitioner Mohamed Adam Tairab's ("Petitioner") Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"). (Doc. 1). Also before the Court is his Motion for Temporary Restraining Order ("TRO Motion"). (Doc. 2). Petitioner is detained at the Otero County Processing Center and is proceeding *pro se*. He challenges his prolonged detention without a bond hearing.

Having reviewed the record, the Court finds the Petition is not subject to summary dismissal. The Clerk's Office has electronically served the Petition on Respondents pursuant to this District's Standing Order Regarding Service of Process in Immigration Habeas Petitions filed Pursuant to 28 U.S.C. § 2241. *See* (Doc. 5); Case 1:26-mc-00004, ECF No. 3 (D.N.M. Jan. 28, 2026). Respondents have also been added as notice-recipients in CM/ECF and will receive all filings in this case. *See* (Doc. 5).

The United States Attorney's Office ("USAO") shall answer the Petition and the TRO Motion within ten (10) business days of entry of this Order. Petitioner may file an optional reply within seven (7) days after the response is filed.

**IT IS THEREFORE ORDERED** that the USAO shall **ANSWER** the Petition and the TRO Motion within ten (10) business days of entry of this Order.

**IT IS FURTHER ORDERED** that Petitioner may file a reply within seven (7) days after the answer is filed.

**IT IS SO ORDERED** this 25th day of February, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE